IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

**PAUL JONES**

**Plaintiff**

V             Case #: Civil Action No. 1:13-cv-11274-NMG

**CLIENT SERVICES INC**

**Defendants**

### MOTION TO DISMISS WITH PREDJUDICE

Now comes the plaintiff Paul Jones to request the court to dismiss Client Services Inc. from the lawsuit with prejudice, case number 113-cv-11274-NMG, plaintiff & defendant has settled their differences outside of court.

Respectfully Submitted

Paul Jones

572 Park Street

Stoughton, Ma 02072

Pj22765@gmail.com

**Alan K. Tannenwald**
Peabody & Arnold LLP
Federal Reserve Plaza
600 Atlantic Avenue

Boston, MA 02210-2261
617-951-2071
Fax: (617) 235-3571
Email: atannenwald@peabodyarnold.com

**John J. O'Connor**
Peabody & Arnold LLP
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA 02210-2261
617-951-2100
Fax: 617-951-2125
Email: joconnor@peabodyarnold.com

## CERTIFICATE OF SERVICE

I Paul Jones the plaintiff in case number 113-cv-12101 certify that all parties have been sent a copy of the above motion on this 16th day of October 2013 by USPS first class mail.

Respectfully Submitted

Paul Jones

572 Park Street

Stoughton, Ma 02072

Pj22765@gmail.com

**Alan K. Tannenwald**
Peabody & Arnold LLP
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA 02210-2261
617-951-2071
Fax: (617) 235-3571

Email: atannenwald@peabodyarnold.com

**John J. O'Connor**
Peabody & Arnold LLP
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA 02210-2261
617-951-2100
Fax: 617-951-2125
Email: joconnor@peabodyarnold.com