UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action
No: 13-11274-NMG

Paul Jones

v.

Client Services, Inc.

## ORDER OF DISMISSAL

GORTON, D.J.

In accordance with the Stipulation of Dismissal filed by the Defendant, Client Services, Inc., on 10/23/2013, it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

By the Court,

/s/ Christine Patch
Deputy Clerk

October 24, 2013

To: All Counsel